## No. 17,126.

ARCARA ET AL. *v.* KNOWLES ET AL.

(268 P. [2d] 1031)

Decided April 5, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. SEAVY & SEAVY, for plaintiffs in error.

Messrs. WOODS & RIS, for defendant in error Knowles.

Mr. DARWIN D. COIT, for defendant in error Colorado Natural Gas and Fuel Company.